```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**BRIAN REYES**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 19-13734**

**DOW CHEMICAL COMPANY**                                            **SECTION "B"(3)**

## ORDER

Considering plaintiff's "Motion to Set A Status Conference to Extend Deadlines" (Rec. Doc. 9),

**IT IS ORDERED** that the motion is **GRANTED**. The pre-trial conference previously set for September 10, 2020 and the jury trial previously set for September 28, 2020 are hereby **CONTINUED**. A scheduling conference will be held before the Case Manager Kimberly County on **June 23, 2020 at 10:00 a.m.** Parties shall call in for the conference using phone number (888) 557-8511 and access code 5654551.

New Orleans, Louisiana this 9th day of June, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE