UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BRIAN REYES**                                                              **CIVIL ACTION**

**VERSUS**                                                                   **NO. 19-13734**

**THE DOW CHEMICAL COMPANY, ET AL**                                          **SECTION "B"(3)**

## ORDER

**IT IS ORDERED** that plaintiff's "Consent Motion for a Status Conference" (Rec. Doc. 34) and "Ex Parte Motion to Expedite" (Rec. Doc. 33) is **DENIED**.

**IT IS FURTHER ORDERED** that **no later than December 30, 2020** parties shall meet and file proposed dates for the completion of remaining discovery, dispositive motions and motions in limine, the pretrial conference and jury trial.

New Orleans, Louisiana this 21st day of December, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE