**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**BRIAN REYES**                                                    **CIVIL ACTION**

**VERSUS**                                                         **NO. 19-13734**

**THE DOW CHEMICAL COMPANY, ET AL**                                **SECTION "B"(3)**

**ORDER AND REASONS**

Before the Court are defendant Frontier Logistics, LP's ("Frontier") Motion to Dismiss for Failure to State a Claim (Rec. Doc. 52), plaintiff Brian Reyes's ("Reyes") opposition (Rec. Doc. 55), and Frontier's reply (Rec. Doc. 58). For the reasons below,

**IT IS ORDERED** that the motion (Rec. Doc. 52) is **DENIED.**

Frontier claims the allegations are insufficient due to a failure to identify its breach of a duty in the process of loading, packaging, and securing the cargo pursuant to defendant Dow Chemical Company's ("Dow") plans and specifications for such. Rec. Doc. 52-1 at 6-8. It assumes no factual allegation shows that a cargo shift caused the resulting accident or that such a shift occurred due to Frontier's improper loading processes. *Id.*

We disagree. While not the most artfully drafted pleading, the amended complaint is filled with allegations that Dow "and/or" Frontier improperly loaded, packaged, and secured the cargo that eventually shifted, causing a tire to blow and tip the truck over. *See* Rec. Doc. 49. If discovery fails to show admissible proof of improper loading, etc. as the causative factor of the accident,

1

summary judgment may be in order unless plaintiff is able to plead *res ispa loquitor. See Lyles v. Medtronic Sofamor Danek, USA, Inc.*, 871 F.3d 305, 312 (5th Cir. 2017)(citing *Lawson v. Mitsubishi Motor Sales of Am., Inc.*, 938 So.2d 35, 49 (La. 2006)).

The allegations show that Mr. Reyes was transporting cargo that was loaded, packaged, and secured by Frontier; that the cargo shifted because it was improperly loaded, packaged, and secured; and that the shift caused his tire to blow and his vehicle to tip over, injuring him. As such, Mr. Reyes has stated a valid negligence claim, negating a premature summary disposition.

New Orleans, Louisiana this 21st day of April, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE