UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIAN REYES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13734** |
| **DOW CHEMICAL COMPANY, et al.** | **SECTION "B" (3)** |

## ORDER

Before the Court is a Motion to Fix and Waiver of Attorneys' Fees ("Motion") (Rec. Doc. No. 45), filed by plaintiff, Brian Reyes ("Reyes"). Defendant, Dow Chemical Company ("Dow"), filed a response (Rec. Doc. No. 47).

On December 28, 2020, the Court partially granted Reyes' motion for contempt and ordered that Reyes file a motion to fix attorneys' fees. (Rec. Doc. No. 43). On January 8, 2021, Reyes filed the instant motion. In the motion, Reyes asserts that he is no longer seeking attorneys' fees and requests that the Court award attorneys' fees in the amount of $0.00 on the basis that defendants, "have recently been cooperating in moving this case forward since the filing of and hearing on Plaintiff's Motion for Contempt." (Rec. Doc. No. 45-1 at p. 1). Dow has filed a response praying that the Court adopt the Reyes' request to waive attorney's fees. Accordingly,

**IT IS ORDERED** that the Motion to Fix and Waiver of Attorneys' Fees (Rec. Doc. No. 45) is GRANTED.

New Orleans, Louisiana, this 27th day of April, 2021.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**